S.D.N.Y. – N.Y.C.<br>
20-cv-4633<br>
Gardephe, J.<br>
Cott, M.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of April, two thousand twenty-three.

Present:
> John M. Walker, Jr.,
> Richard C. Wesley,
> Beth Robinson,
> > *Circuit Judges.*

_____

Alphonso Syville,

>> *Plaintiff-Appellant*,

> v.   22-3041

City of New York, et al.,

>> *Defendants-Appellees*,

Ms. Johnson, et al.,

>> *Defendants.*

_____

Appellant, pro se, moves to proceed in forma pauperis. Upon due consideration, it is hereby ORDERED that the motion is DENIED as unnecessary because the district court granted in forma pauperis status and has not revoked it. Fed. R. App. P. 24(a)(3). It is further ORDERED that the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

